FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUMMER G.,[1]<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>　　　　　Defendant. | No. 2:25-cv-00401-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF No. 8** |

　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 8, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney L. Jamala Edwards represents Defendant.

　　　After consideration, **IT IS HEREBY ORDERED** that:

　　　1. The parties' Stipulated Motion for Remand, **ECF No. 8**, is **GRANTED**.

　　　2. The above-captioned case be **REVERSED** and **REMANDED** to the

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions. On remand, the Appeals Council shall instruct the ALJ to:

- Reevaluate the medical opinions and Plaintiff's allegations;
- Reevaluate whether Plaintiff can perform a significant number of jobs which exist in the national economy at step five;
- Offer Plaintiff an opportunity for a new hearing;
- Take any action necessary to further develop the record; and
- Issue a new decision.

ECF No. 8 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 7, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2